IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE GREEN                                                                                   PETITIONER
REG. #04780-043

V.                                           NO. 2:06CV00032 JWC

LINDA SANDERS, Warden,                                                                RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety.

IT IS SO ORDERED this 17th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE